```
ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
730 PITT                        ICA INQUIRY 01   20CR 000260      FILM:
DISPOSED                        R  S DOB/AGE          CR    FILING DATE: 021920
OTHER PROCES FTC: 040220        W  M 11221993 DL#:
EVANS,TRAVIS,MICHAEL                          CIT#:           TRIAL DATE: 021920
401 LONGLEAF DRIVE                     CSLR:      CSLRC:               AM
CHAPEL HILL      NC  27517 DEF ATTY: PEREGOY,WILLIAM,T    TYP: R    VRA:
CHG/ARRN OFFN: M CONSP POSS >1/2 OZ MARIJUANA             90-95
COMPLAINANT: T.WHITE                          SFF ISSUED: 042618   SERVED: 021920
OFFN DATE: 042618     ARRN DATE:       MOTIONS DATE:       DISP DATE: 021920
CONT. D: 00 S: 00 C: 00 NR: 00 INT?:   FRM:   RSONCO:       GANG REL:  DV CV: N

PLEA VER MOD     FINE         COSTS    WCC    REST      JUDGE   PAID   TO-BE-PAID
  GU  GU  JU  $            $ 250.00    N  $              WBD     NO      021920
CONV OFFN: M CONSP POSS > 1/2 MARIJUANA                  90-98            CAB:
SENT LEN: 030 D -         SENT TYPE: A          CONS F/JGMT:
PROB:                     WITHDRAWN:            APPEALED TO SUPERIOR:
AREA CD:   ACCD:    HWY:       V LIC:              TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N  TRP/DIST:    V ST:    V TYP:     APPELLATE:


ARREST DATE:      CHECK DIGIT:        SID:           LID:
NEXT#:               PF2 - NAME INQUIRY            ADDL CHARGES:
```

```
ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
730 PITT                    ICA INQUIRY 01   20CR 000261      FILM:
DISPOSED                    R  S DOB/AGE        CR        FILING DATE: 021920
OTHER PROCESS               W  M 11221993 DL#:
EVANS,TRAVIS,MICHAEL                     CIT#:              TRIAL DATE: 021920
401 LONGLEAF DRIVE                CSLR:       CSLRC:               AM
CHAPEL HILL     NC 27517 DEF ATTY: PEREGOY,WILLIAM,T    TYP: R     VRA:
CHG/ARRN OFFN: M SOLICITING SALE OF MARIJUANA           90-95
COMPLAINANT: T.WHITE                         SFF ISSUED: 042618   SERVED: 021920
OFFN DATE: 042618      ARRN DATE:       MOTIONS DATE:      DISP DATE: 021920
CONT. D: 00 S: 00 C: 00 NR: 00 INT?:   FRM:   RSONCO:     GANG REL:   DV CV: N

PLEA VER MOD       FINE        COSTS     WCC      REST     JUDGE   PAID  TO-BE-PAID
GU   GU  JU    $            $           W  $                WBD
CONV OFFN: M SOLICITING SALE OF MARIJUANA               90-98              CAB:
SENT LEN: 030 D -       SENT TYPE: A           CONS F/JGMT:
PROB:                   WITHDRAWN:             APPEALED TO SUPERIOR:
AREA CD:   ACCD:   HWY:        V LIC:          TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N  TRP/DIST:   V ST:   V TYP:    APPELLATE:



ARREST DATE:       CHECK DIGIT:           SID:           LID:
NEXT#:                PF2 - NAME INQUIRY                ADDL CHARGES:
```