```
ADDITIONAL SPECIAL CONDITIONS EXIST.  PRESS PF4 FOR DETAILS
640 NEW HANOVER           ICA INQUIRY 01   20CR 055530     FILM:
PENDING                   R  S DOB/AGE       CR    FILING DATE: 072820
WARRANT                   W  M 06171993 DL#:                            NC
ANDERSON,CHANDLER,DAVID     *               CIT#:        TRIAL DATE: 081320
1536 EASTBOURNE DR                 CSLR:       CSLRC:           AM 0302
WILMINGTON       NC  28411 DEF ATTY: PORTER,JEFFREY,W     TYP: R   VRA:
CHG/ARRN OFFN: F PWIMSD MARIJUANA                  90-95(A)(1)
COMPLAINANT: BROTHERS,N                    SFF ISSUED: 072820   SERVED: 072820
OFFN DATE: 020520     ARRN DATE:      MOTIONS DATE:       DISP DATE:
CONT. D: 00 S: 00 C: 00 NR: 00 INT?: N FRM:   RSONCO:    GANG REL:   DV CV: N

PLEA VER MOD    FINE         COSTS      WCC     REST      JUDGE    PAID    TO-BE-PAID
                 $            $                  $
CONV OFFN:                                                              CAB:
SENT LEN:        -        SENT TYPE:           CONS F/JGMT:
PROB:                     WITHDRAWN:           APPEALED TO SUPERIOR:
AREA CD:   ACCD:   HWY:         V LIC:         TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N  TRP/DIST:    V ST:    V TYP:      APPELLATE:


ARREST DATE: 072820 CHECK DIGIT:       SID:          LID:
NEXT#:                PF2 - NAME INQUIRY              ADDL CHARGES: Y
```

```
C
DEFENDANT NAME        T OFFENSE                        CTRM TRIAL  CT FILE NUMBER  L
ANDERSON,CHANDLER@    A PWIMSD MARIJUANA               0302 081320 01 20CR 055530
ANDERSON,CHANDLER@    A SELL/DELIVER MARIJUANA         0302 081320 02 20CR 055530
ANDERSON,CHANDLER@    A FELONY POSSESSION MARIJUANA    0302 081320 03 20CR 055530

ANDERSON,CHANDLER@    A MAINTN VEH/DWELL/PLACE CS (F)  0302 081320 01 20CR 055531
ANDERSON,CHANDLER@    A POSSESS MARIJ PARAPHERNALIA    0302 081320 02 20CR 055531
ANDERSON,CHANDLER@    A M/S/D/P CS W/N 1000FT SCHOOL   0302 081320 03 20CR 055531

ANDERSON,CHANDLER@    A PWIMSD MARIJUANA               0302 081320 01 20CR 055532
ANDERSON,CHANDLER@    A SELL/DELIVER MARIJUANA         0302 081320 02 20CR 055532
ANDERSON,CHANDLER@    A FELONY POSSESSION MARIJUANA    0302 081320 03 20CR 055532

ANDERSON,CHANDLER     A EXPIRED REGISTRATION CARD/TAG       082313 01 13CR 005539
ANDERSON,CHANDLER     A EXPIRED/NO INSPECTION               082313 02 13CR 005539
ANDERSON,CHANDLER     A POSSESS DRUG PARAPHERNALIA          072220 01 20CR 000947

ANDERSON,CHANDLER     A MAINTN VEH/DWELL/PLACE CS (F)  0302 081320 01 20CR 055533
ANDERSON,CHANDLER     A POSSESS MARIJ PARAPHERNALIA    0302 081320 02 20CR 055533
ANDERSON,CHANDLER     A M/S/D/P CS W/N 1000FT SCHOOL   0302 081320 03 20CR 055533

MORE                              NEXT NAME:
```