IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR281-2 |
| | : | |
| TRAVIS MICHAEL EVANS | : | |

## AMENDED JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, Counsel for the defendant and

Counsel for the Government inform the Court as follows:

☐ A plea agreement has been signed and filed.

☒ **The parties have agreed on a plea agreement and a written plea agreement will be filed no later than <u>October 30, 2020</u>. The plea agreement in this case required that a revision be made, thus delaying its filing, prior to the due date for the Joint Status Report. The parties in no way intended to disregard the court's scheduling order. The government requests that the court accept this report as notice of the intended disposition of this case.**

☐ The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*
  ☐ the defendant consents to a video conference Rule 11 hearing.
  ☐ the defendant consents to a teleconference Rule 11 hearing.
  ☒ **the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.**

☐ The matter is not ready for Rule 11 hearing or trial because:

☐       there is a pending motion which must be resolved. The motion is on the docket at Doc. Click or tap here to enter text.. The motion ☐ does ☐ does not require a hearing at which the defendant must be present.

☐ There are outstanding discovery issues which must be resolved.

☐       Click or tap here to enter text.

☐       The defendant does not intend to plead guilty and the case needs to be set for jury trial.

☐       The parties have discussed the requirements of the Speedy Trial Act and

☐       The Government [ ] has filed [ ] intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

☐       There are no Speedy Trial Act issues.

☐ Click or tap here to enter text.

☐ Other information relevant to scheduling: Click or tap here to enter text.

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety: Click or tap here to enter text.

      This, the 29th day of October, 2020.


MATTHEW G.T. MARTIN       /S/ J. HART MILES
United States Attorney       J. HART MILES
      Attorney for Defendant


/S/ SANDRA J. HAIRSTON
SANDRA J. HARISTON
NCSB # 14118
First Assistant United States Attorney
101 S. Edgeworth St., 4th Fl.
Greensboro, NC 27401
336/333-5351